**In the United States Bankruptcy Court**
**For the Central District of Illinois**
**Danville Division**

| | |
|---|---|
| **In re:** Patsy K. Perry,<br>　　　　　Debtor.<br>_____/ | 04-93850<br><br>Chapter 7 |

Patsy K. Perry,

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　Adversary No.　　　　08-09051

v.

CitiFinancial,

　　　　　　　　Defendant.
_____/

To:　　CitiFinancial
　　　　305 S Kennedy Drive
　　　　Bradley, IL 60915

　　　　CitiFinancial
　　　　PO Box 6932
　　　　The Lakes, NV 88901-6932

**CERTIFCATE OF SERVICE**

PLEASE TAKE NOTICE that a copy of *Plaintiff's Adversary Complaint* and the summons issued by the Clerk of the US Bankruptcy Court was mailed to the above-named Defendant on November 6, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　By:/s/Timothy J. Freiberg
　　　　　　　　　　　　　　　　　　　　　　　　Plaintiffs' attorney

The Prairie Legal Group, Ltd.
7100 Piper Glen Drive, Suite A
Springfield, IL 62711
(217)483-7100
(217)483-1446 (fax)