Form advdef

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Patsy K Perry  *Case No.:* 04–93850
*Debtor*   *Chapter* 7
Patsy K Perry
*Plaintiff*
    v.
Citifinancial Services
*Defendant*

*Adv. Proc. No.* 08–09051    *Judge:* Gerald D. Fines

---

### NOTICE OF ADVERSARY DEFICIENCY

*Notice is hereby provided:*

- ☐ Answer date in the above named adversary proceeding has passed, and no responsive pleadings have been filed. Please file a proposed default order on or before 12/30/08.
- ☐ Answer date in the above named adversary has passed, and no responsive pleadings have been filed. Please file a Motion for Default on or before 12/30/08. Upon receipt, said Motion will be set for hearing.
- ☐ The complaint was not verified. Please file a complainant's affidavit on or before 12/30/08. (A default order will not be signed until the affidavit has been filed.
- ☑ Proof of Service of the Summons issued 11/6/08 has not been filed. A Default Order cannot be entered without the certificate of service on file. If you have not served the summons, you will need to request an alias summons from the Clerk's Office (efile your request using the Correspondence event).
- ☐ Service of the Summons issued was not made within 10 days of the issuance. You will need to request an alias summons from the Clerk's Office (efile your request using the Correspondence event).
- ☐ Service of the Summons was not made upon the Defendant(s) Citifinancial Services (only upon the attorney). You will need to request an alias summons from the Clerk's Office (efile your request using the Correspondence event).
- ☐ When a U.S. Defendant is named, the summons must be served upon the U.S. Agency, the U.S. Attorney, and the U.S. Attorney General – Washington, D.C. Please refer to Rule 7004. You will need to request an alias summons from the Clerk's Office (efile your request using the Correspondence event).
- ☐ The captioned general case was dismissed on . In view of the dismissal of the general case, if appropriate, please file a Motion and Order to dismiss the adversary proceeding on or before 12/30/08.
- ☐ In compliance with the Servicemember's Civil Relief Act of 2003, please file an affidavit indicating whether the defendant is or is not in the military service or that you are unable to determine the defendant's military status.
- ☐ The complaint filed in the above named adversary proceeding was improperly captioned. The caption of this document must be changed to conform with *Official Form B16 D–Caption for Use in Adversary Proceeding* (Go to www.ilcb.uscourts.gov and click on Forms). *You must file an amended complaint on or before 12/30/08 or this adversary proceeding will be dismissed.*
- ☐ Disclosure of Corporate Ownership Statement pursuant to B.R. 7007.1 must be filed on or before **12/30/08**.
- ☑ Other:
   Service required on Citifinancial Services, Inc. at POB 140489, Irving, TX 75014. Please call court for directions is needed.

Dated: 12/16/08

                                                Pamela C. Sherry
                                       Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's **mandatory** electronic filing policy.