Clerk of Bankruptcy Court

    **Re:**    **Perry, 08-09051**

According to a docket entry dated December 31, 2008, an Alias Summons needs to be issued in the above-referenced case. Plaintiff would request that an Alias Summons be issued and that Plaintiff's attorney be notified by the court when this occurs.

Very truly yours,

By:/s/Timothy J. Freiberg
Plaintiff's attorney

The Prairie Legal Group, Ltd.
7100 Piper Glen Drive, Suite A
Springfield, IL 62711
(217)483-7100
(217)483-1446 (fax)