UNITED STATES BANKRUPTCY COURT
**Central District of Illinois**

| | |
|---|---|
| In re | Bankruptcy Case No.   **04-93850** |
| **Patsy K Perry** | |
| ------------------------------------------------------------ Debtor | |
| **Patsy K Perry**                              Plaintiff | |
| -vs- | Adversary Proceeding   **08-9051** |
| **Citifinancial Services and Citifinancial Services, Inc.**       Defendant | |

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | **U.S. Bankruptcy Court** <br> **Central District of Illinois** <br> **130 Federal Building** <br> **201 N. Vermilion St.** <br> **Danville, IL 61832** |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Timothy J Freiberg** <br> **7000 Piper Glen Drive, Suite A** <br> **Springfield, IL 62711** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY**



*Pamela C Sherry*

_____
*Clerk of the Bankruptcy Court*

January 5, 2009

Date

Go to **www.ilcb.uscourts.gov**  for information regarding this court's *mandatory* electronic filing policy.

**DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Case 08-09051    Doc 14    Filed 01/05/09    Entered 01/05/09 12:37:42    Desc Main
              Document      Page 2 of 3

**DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
(name)
(date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

*Date*                                                                                      *Signature*

| Print Name |
| Business Address |
| City                    State                    Zip |