B 250A (1/88)

Case 08-09051 Doc 15 Filed 01/12/09 Entered 01/12/09 13:11:28 Desc Main
Case 08-09051 Doc 14 Filed 01/08/09 Entered 01/05/09 12:37:42 Desc Main
Document Page 1 of 2
Document Page 1 of 3

UNITED STATES BANKRUPTCY COURT
**Central District of Illinois**

In re                                                                 Bankruptcy Case No.    04-93850

**Patsy K Perry**

----------------------------------------------------------  Debtor

**Patsy K Perry**                                                     Plaintiff

        -vs-                                                          Adversary Proceeding    08-9051

**Citifinancial Services and Citifinancial**          Defendant
**Services, Inc.**

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>Central District of Illinois<br>130 Federal Building<br>201 N. Vermilion St.<br>Danville, IL 61832 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Timothy J Freiberg<br>7000 Piper Glen Drive, Suite A<br>Springfield, IL 62711 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY**



*Pamela C Sherry*

_____
Clerk of the Bankruptcy Court

January 5, 2009
_____
Date

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

# CERTIFICATE OF SERVICE

I, __Lisa Mancewicz__, certify that I am, and at all times during the service
    (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __1/12/09__
_____ by:
    (date)

☒    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Citifinancial Services, Inc.
P.O. Box  140489
Irving, TX  75014

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
                                                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__1/12/09__                                    __Lisa K Mancewicz__
    Date                                              Signature

Print Name: Lisa Mancewicz
Business Address: 7000 Piper Glen Drive, Suite A
City: Springfield    State: IL    Zip: 62711