Form ntchrgap

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Patsy K Perry
*Debtor*

*Case No.:* 04−93850
*Chapter* 7

Patsy K Perry
*Plaintiff*

*v.*

Citifinancial Services
*Defendant*

*Adv. Proc. No.* 08−09051                          *Judge:* Gerald D. Fines

---

***PLEASE TAKE NOTICE*** that a Hearing will be held

    at 201 N Vermilion St, Federal Building, Room 120, Danville, IL 61832

    on 3/12/09 at 10:00 AM

to consider and act upon the following:

Motion for Default Judgment filed by Plaintiff Patsy K Perry and any objections thereto.

Dated: 2/6/09

                                            Pamela C. Sherry
                                            Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

# CERTIFICATE OF NOTICE

```
District/off: 0753-2           User: ephi                  Page 1 of 1                  Date Rcvd: Feb 06, 2009
Case: 08-09051                 Form ID: ntchrgAP           Total Served: 3

The following entities were served by first class mail on Feb 08, 2009.
ust          +U.S. Trustee,    Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,
               Peoria, IL 61602-1241
dft          +Citifinancial Services,    305 S. Kennedy Drive,    Bradley, Il 60915-2135
dft           Citifinancial Services, Inc.,    P.O. Box 140489,    Irving, TX  75014-0489

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2009**                    **Signature:**    *Joseph Speetjens*