## IT IS SO ORDERED.

## SIGNED THIS: March 16, 2009

                                                        _____
                                                              GERALD D. FINES
                                                        UNITED STATES BANKRUPTCY JUDGE
_____

**In the United States Bankruptcy Court**
**For the Central District of Illinois**
**Danville Division**

**In re:** Patsy K. Perry,                                          04-93850
        Debtor.
_____/                                                Chapter 7

Patsy K. Perry,

        Plaintiff,
                                            Adversary No.           08-09051
v.

CitiFinancial,

        Defendant.
_____/

### ORDER

THIS CAUSE coming to be heard on the Plaintiff's Motion for Default, notice having been given, no objections having been filed and the Court being advised of the premises,

IT IS HEREBY ORDERED that

    1.    Plaintiff's Motion for Default Judgment is granted;

    2.    Defendant, Citifinancial, is ordered to provide an accurate and up-to-date accounting of the appropriation of the funds that Patsy Perry has submitted;

3. Defendant, Citifinancial, is ordered to pay the plaintiff the amount of $1,000.00 for actual damages caused by CitiFinancial's violation of the mortgage agreement;

4. Defendant, Citifinancial, is ordered to pay the plaintiff in the amount of $1,500.00, representing punitive damages for willful and malicious disregard of their contractual commitment to their client;

5. Defendant, Citifinancial, is ordered to pay Plaintiff's costs for bringing suit and attorney's fees of $1,500.00.

####

Prepared by:
The Prairie Legal Group, Ltd.
7000 Piper Glen Drive
Suite A
Springfield, IL 62711
(217)483-7100
(217)483-1446 (fax)

# CERTIFICATE OF NOTICE

```
District/off: 0753-2          User: lblo              Page 1 of 1           Date Rcvd: Mar 16, 2009
Case: 08-09051                Form ID: pdf012         Total Served: 4

The following entities were served by first class mail on Mar 18, 2009.
ust          +U.S. Trustee,    Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,
               Peoria, IL 61602-1241
dft          +Citifinancial Services,    305 S. Kennedy Drive,    Bradley, Il 60915-2135
dft           Citifinancial Services, Inc.,    P.O. Box 140489,    Irving, TX  75014-0489
pla          +Patsy K Perry,    104 N Wabash,    Reddick, IL 60961-5600
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2009**                    **Signature:** _Joseph Speetjens_