**In the United States Bankruptcy Court**
**For the Central District of Illinois**
**Danville Division**

**In re:**  Patsy K. Perry,                                                                04-93850
              Debtor.
_____/                                                      Chapter 7

Patsy K. Perry,
                            Plaintiff,
                                                                                          Adversary No. 08-09051
v.

CitiFinancial,
                            Defendant.
_____/

To:     CitiFinancial
        305 S Kennedy Drive
        Bradley, IL 60915
        (815)936-1860 (fax)

        CitiFinancial
        PO Box 6932
        The Lakes, NV 88901-6932

        CitiFinancial Services, Inc.
        PO Box 140489
        Irving, TX 75014
        (866)714-3155 (fax)

        Dave Holdman
        Pierce & Associates
        1 North Dearborn
        Suite 1300
        Chicago, IL 60602
         (312)476-5499 (fax)

**CERTIFCATE OF SERVICE**

PLEASE TAKE NOTICE that a copy of *Notice of Hearing* issued by the Clerk of the US Bankruptcy Court was faxed and/or overnight mailed to the above-named Defendant on September 4, 2009.

                                                                                By:/s/Timothy J. Hudspeth
                                                                                Plaintiff's attorney

The Prairie Legal Group, Ltd.
7100 Piper Glen Drive, Suite A

Springfield, IL 62711
(217)483-7100
(217)483-1446 (fax)