**IT IS SO ORDERED.**

**SIGNED THIS: September 09, 2009**

_____
**GERALD D. FINES
UNITED STATES BANKRUPTCY JUDGE**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:       Patsy K Perry                                                    Case No.    04-93850

Debtor(s)

In re:       Patsy K Perry V.  Citifinancial Services and Citifinancial Services, Inc.

Adv. No.    08-9051

### ORDER

It appearing that the above entitled adversary proceeding was closed 04/07/2009, and it further appearing that the adversary proceeding should be reopened.

NOW, THEREFORE, IT IS ORDERED, that this adversary proceeding be reopened.

Go to **www.ilcb.uscourts.gov**  for information regarding this court's **mandatory** electronic filing policy.

###

# CERTIFICATE OF NOTICE

```
District/off: 0753-2          User: lblo                 Page 1 of 1        Date Rcvd: Sep 09, 2009
Case: 08-09051                Form ID: pdf012            Total Noticed: 3

The following entities were noticed by first class mail on Sep 11, 2009.
ust          +U.S. Trustee,   Office Of Nancy J. Gargula U.S. Trustee,   401 Main St #1100,
               Peoria, IL 61602-1241
dft          +Citifinancial Services,   305 S. Kennedy Drive,   Bradley, Il 60915-2135
dft           Citifinancial Services, Inc.,   P.O. Box 140489,   Irving, TX  75014-0489

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2009**                    **Signature:**    _Joseph Speetjens_