**IT IS SO ORDERED.**

**SIGNED THIS: September 09, 2009**

_____
**GERALD D. FINES
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PATSY K. PERRY, ) | Bankruptcy Case No. 04-93850 |
| ) | |
| Debtor. ) | |
| PATSY K. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary Case No. 08-9051 |
| ) | |
| CITIFINANCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

<u>RULE TO SHOW CAUSE</u>

This matter having come before the Court on an Emergency Petition for Rule to Show Cause filed by the Debtor/Plaintiff herein on September 3, 2009; the Court, having heard arguments of the parties and being otherwise fully advised in the premises, finds as follows:

1.    Debtor/Plaintiff filed the instant adversary proceeding against Defendant, CitiFinancial, on November 6, 2008.

2.    On February 5, 2009, the Debtor/Plaintiff filed a Motion for Default Judgment against the Defendant for the Defendant's failure to answer or otherwise enter its appearance in these proceedings.

3. On March 16, 2009, this Court entered an Order as follows:

    a. Plaintiff's Motion for Default Judgment is granted;

    b. Defendant, CitiFinancial is ordered to provide an accurate and up-to-date accounting of the appropriation of the funds that Patsy Perry has submitted;

    c. Defendant, CitiFinancial, is ordered to pay the plaintiff the amount of $1,000.00 for actual damages caused by CitiFinancial's violation of the mortgage agreement;

    d. Defendant, CitiFinancial, is ordered to pay the plaintiff in the amount of $1,500.00, representing punitive damages for willful and malicious disregard of their contractual commitment to their client;

    e. Defendant, CitiFinancial, is ordered to pay Plaintiff's cost for bringing suit and attorney's fees of $1,500.00.

4. To date, CitiFinancial has not complied with said Order in any way.

5. Debtor/Plaintiff suffers damages every day CitiFinancial fails to comply with this Court's Order in that she does not know the accurate balance of her mortgage or if the funds she submitted to CitiFinancial have been applied to her mortgage.

6. Debtor/Plaintiff's counsel has incurred significant expense in bringing this Motion.

7. CitiFinancial is in willful violation of said Order by failing to provide an accurate and up-to-date accounting of the appropriation of funds Patsy Perry submitted and for failing to pay the damages and costs.

8. Debtor/Plaintiff's house, the subject of the CitiFinancial mortgage, is currently scheduled to be sold at sheriff's sale in Kankakee County, Illinois, on Thursday, September 10, 2009, pursuant to a judgment of foreclosure.

9. The Debtor/Plaintiff's Emergency Petition for Rule to Show Cause was scheduled for hearing on September 8, 2009, with due notice being given to the Defendant, CitiFinancial. Despite that notice, the Defendant failed to appear at hearing scheduled on the Emergency Petition for Rule to Show Cause.

WHEREFORE, IT IS HEREBY ORDERED that Defendant, CitiFinancial, is ordered to appear before this Court on October 8, 2009, at 10:00 a.m., in Courtroom 120, in the Federal Building, 201 North Vermilion Street, Danville, Illinois, and show cause, if any it may have, why it should not be held in contempt of Court for its failure to abide by this Court's Order of March 16, 2009, and its failure to appear at hearing on September 8, 2009.

IT IF FURTHER ORDERED that Defendant, CitiFinancial, is enjoined from conducting a sheriff's sale on the Debtor/Plaintiff's homestead real estate, which is scheduled for September 10, 2009, in Kankakee County, Illinois, pending further order of this Court.

###

# CERTIFICATE OF NOTICE

```
District/off: 0753-2           User: lblo                 Page 1 of 1                   Date Rcvd: Sep 09, 2009
Case: 08-09051                 Form ID: pdf012            Total Noticed: 3

The following entities were noticed by first class mail on Sep 11, 2009.
ust          +U.S. Trustee,    Office Of Nancy J. Gargula U.S. Trustee,     401 Main St #1100,
               Peoria, IL 61602-1241
dft          +Citifinancial Services,    305 S. Kennedy Drive,    Bradley, Il 60915-2135
dft           Citifinancial Services, Inc.,    P.O. Box 140489,    Irving, TX  75014-0489
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2009**              **Signature:** _/s/ Joseph Speetjens_